COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Clarent Energy Services Inc. and Graham Gilliam v. Icon Bank of
                         Texas, N.A.

Appellate case number:   01-18-00854-CV

Trial court case number: 2017-55615

Trial court:             11th District Court of Harris County

      Appellee Icon Bank of Texas, N.A. filed a motion for rehearing. The motion is **DENIED**. It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                  ☑ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Hightower, and Countiss.

Date: ___March 12, 2020_____